IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STACY L. AYOTTE,

   Plaintiff,

   v.

LSI LOGIC CORPORATION,

   Defendant.

CIVIL ACTION FILE

NO. 1:05-CV-2442-CAP-GGB

## **ORDER**

A review of the docket and file in this action reveals that the parties have not filed a Certificate of Interested Persons as is required by Local Rule 3.3, N.D.Ga. Accordingly, the parties are hereby **ORDERED** to file a Certificate of Interested Persons within 10 days of receiving this order. Failure to file a Certificate of Interested Persons within this time period may result in a recommendation that sanctions be imposed, including dismissal of the case or entry of a default judgment. See Local Rules 16.5 and 41.3, N.D.Ga.; Fed.R.Civ.P. 41(b).

The Clerk of the Court is **DIRECTED** to resubmit this action to the undersigned Magistrate Judge upon expiration of the above-allotted time period if the parties have not filed the noted document.

AO 72A
(Rev.8/82)

IT IS SO ORDERED, this 24th day of March, 2006.

                                        /s/ Gerrilyn G. Brill
                                  GERRILYN G. BRILL
                                  UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)